# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WORCESTER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH M TROCHA | § | CASE NO. 09-44464-JBR |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE JOEL B. ROSENTHAL |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7745-N-1114
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Specialized Loan Servicing LLC

**CERTIFICATE OF SERVICE**

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 13, 2009:

**Debtors' Attorney**
John M. Mcauliffe
Mcauliffe & Associates, P.c.
430 Lexington Street
Newton, MA  02466

**Chapter 13 Trustee**
Denise M. Pappalardo
P.O. Box 16607
Worcester, Massachusetts 01601

**U.S. Trustee**
Office of the US Trustee
44 Front Street, Fourth Street
Worcester, Massachsetts 01608

    /s/ Joe M. Lozano, Jr.

    Joe M. Lozano, Jr.

7745-N-1114
noaelect