UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

*/s/ Joel B. Rosenthal*

| In the Matter of | ) | |
|---|---|---|
| | ) | Chapter 13 |
| JOSEPH M. TROCHA | ) | |
| | ) | Case No. 09-44464-HJB |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

I, John M. McAuliffe, hereby certify that on the date stated below I served the attached Notice of Hearing Re: Application of Debtor's Counsel for Allowance of Compensation and Reimbursement of Expenses and Notice to Parties, to the parties on the attached Service List via the United States Bankruptcy Court's CM/ECF filing system or first-class mail, postage-prepaid.

/s/ John M. McAuliffe
John M. McAuliffe, Esq.
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, MA 02466
(617) 558-6889
BBO# 555109

*Handwritten margin note: 1/26/10 In light of the service date, interested parties may file objections to the application up to the date of the hearing.*

*#1 1/21/10*